UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT - 8 2021
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

| | |
|---|---|
| ALIMA A. BAHSHOOTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 21-2508 (UNA) |
| ) | |
| FBI HEADQUARTERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

This matter is before the Court on its initial review of Plaintiff's *pro se* complaint, ECF No. 1, and her application for leave to proceed *in forma pauperis*, ECF No. 2. Generally, Plaintiff alleges that assorted governments, government and elected officials, courts, judges, public figures, and other individuals have conspired to violate her constitutional rights. Dkt. 1.

Under the statute governing *in forma pauperis* proceedings, the Court is required to dismiss a case "at any time" if it determines that the action is frivolous, malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2). Here, having reviewed the complaint carefully, the Court concludes that it cannot discern what claim or claims Plaintiff intends to bring. Because Plaintiff's complaint lacks coherence and fails to state a claim upon which relief may be granted, it will be dismissed. *See Gwinnell-Kennedy v. U.S. Gov't Judiciary*, No. 09-cv-737, 2009 WL 1089543, at *1 (D.D.C. Apr. 22, 2009) (summarily dismissing complaint under § 1915(e)(2) because it was "incoherent"); *McGuire v. U.S. Dist. Court*, No. 10-cv-696, 2010 WL 1855858, at *1 (D.D.C. May 4, 2010) (summarily dismissing complaint under § 1915(e)(2) because it was "largely incoherent and nonsensical"); *cf. Neitzke v.*

*Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing . . . . factual allegations and legal conclusions . . . lack[ing] an arguable basis either in law or in fact" shall be dismissed.).

Accordingly, the Court will grant Plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint for failure to state a claim.  *See* 28 U.S.C. § 1915(e)(2).  An Order consistent with this Memorandum Opinion is issued separately.

/s/
JAMES E. BOASBERG
United States District Judge

DATE: October 8, 2021